THE NEW YORK LIFE INSURANCE COMPANY, *v.* FERDINAND MAYER et al.

(Argued January 31, 1888; decided February 28, 1888.)

APPEAL from order of the General Term of the Court of Common Pleas in and for the city and county of New York, made November 7, 1887, which affirmed an order of Special Term, directing as to the disposition of surplus moneys on a foreclosure sale herein.

*Albert Stickney* for appellant.

*Henry A. Root* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.